In the Matter of the Application of Aaron Steger, Petitioner, Appellant, for an Order against The Board of Examiners of the Board of Education of the City of New York and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [171 Misc. 195.]

Antoni Gronowicz, Respondent, v. Doubleday Doran & Co., Inc., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Jaques & Co., Inc., Respondent, v. William F. Plowfield, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

George W. Study, Respondent, v. Phelan Beale, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, without prejudice to a motion to examine defendant before trial for the purpose of securing the information necessary to serve a bill of particulars. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Zara Maresco Esposito, Administratrix, Appellant, as Administratrix of the Estate of Jennie Maresco, Deceased, for an Order Substituting Herself as Plaintiff in the Action of Jennie Maresco, Plaintiff, v. Daniel Maresco, Defendant, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Harriett W. Kendall, as Administratrix C. T. A. of the Estate of George H. Kendall, Deceased, Appellant, v. Robert M. Lease and Another, Defendants, Impleaded with Irving Lease, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to set aside judgment denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Simon H. Rifkind and Others, Appellants, v. Garcia Beltran Co., S. A., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.